*IN THE SUPREME COURT, STATE OF WYOMING*

**2022 WY 120**

*April Term, A.D. 2022*

September 28, 2022

JOSHUA MICHAEL SLOAN,

**Appellant**
**(Defendant),**

**v.**

**THE STATE OF WYOMING,**

**Appellee**
**(Plaintiff).**

**S-22-0150, S-22-0151**

ORDER AFFIRMING THE DISTRICT COURT'S
DISPOSITION ON PROBATION REVOCATION

AND

ORDER AFFIRMING THE DISTRICT COURT'S SENTENCE

[¶1]    **This matter** came before the Court upon its own motion following notification that Appellant has not filed a *pro se* brief within the time allotted by this Court. Pursuant to a plea agreement, Appellant resolved the district court cases that give rise to the captioned appeals. In S-22-0150, Appellant challenges the district court's April 12, 2022, Disposition on Probation Revocation. In that order, the district court revoked Appellant's probation, which stemmed from convictions on two counts of aggravated assault and battery. Wyo. Stat. Ann. § 6-2-502(a). Appellant admitted he violated his probation by committing the offense of strangulation of a household member, the offense at issue in S-22-0151. Following the probation revocation, the district court imposed the underlying concurrent seven to ten-year sentences. In S-22-0151, Appellant challenges the district court's April 12, 2022, Sentence. Pursuant to the plea agreement, Appellant entered an unconditional guilty plea to one count of strangulation of a household member. Wyo. Stat. Ann. § 6-2-509(a)(i). The district court imposed a seven to ten-year sentence and ordered that sentence be served consecutively to the sentences for aggravated assault and battery.

[¶2]    On August 1, 2022, Appellant's court-appointed appellate counsel filed Motions to Withdraw as Counsel, pursuant to *Anders v. California*, 386 U.S. 738, 744, 87 S.Ct. 1396, 1400, 18 L.Ed.2d 493 (1967).  This Court subsequently entered orders granting extensions of time to file *pro se* briefs.  This Court ordered that, on or before September 15, 2022, Appellant was permitted to file with this Court *pro se* briefs specifying the issues he would like the Court to consider in these appeals.  This Court also provided notice that, after the time for filing *pro se* briefs expired, this Court would make its ruling on counsel's motion to withdraw and, if appropriate, make a final decision on these appeals.  Appellant did not file a *pro se* brief or other pleading in the time allotted.

[¶3]    Now, following a careful review of the records and the *Anders* briefs submitted by appellate counsel, this Court finds appellate counsel's motions to withdraw should be granted and the district court's Disposition on Probation Revocation and its Sentence should be affirmed.

[¶4]    **ORDERED** that the Wyoming Public Defender's Office, court-appointed counsel for Appellant Joshua Michael Sloan, is hereby permitted to withdraw as counsel of record for Appellant; and it is further

[¶5]    **ORDERED** that, in docket S-22-0150, the Campbell County District Court's April 12, 2022, Disposition on Probation Revocation be, and the same hereby is, affirmed; and it is further

[¶6]    **ORDERED** that, in docket S-22-0151, the Campbell County District Court's April 12, 2022, Sentence be, and the same hereby is, affirmed.

[¶7]    **DATED** this 28th day of September, 2022.

BY THE COURT:

/s/

**KATE M. FOX**
**Chief Justice**